1208 COMMISSIONERS OF PARKS AND BOULEVARDS vs. COMMON COUNCIL OF THE CITY OF DETROIT ET AL., 80 M., 663.

To compel the Common Council to rescind their action in the appointment of their co-respondents as superintendents of

Belle Isle bridge, and to turn over the control of said bridge to relators.

Granted in part, without costs, May 16, 1890.